COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:            Kristen Pullen v. Jarvis Richardson and Office of the Attorney General of Texas

Appellate case number:      01-17-00701-CV

Trial court case number:     2015-21621

Trial court:                     246th District Court of Harris County

Appellant, Kristin Pullen, has filed a notice of the appeal of the trial court's "Order in Suit Affecting the Parent-Child Relationship," signed on June 16, 2017. Pullen also has filed an "Unopposed Motion to Abate Appeal in Order to Secure Findings of Fact and Conclusions of Law." The clerk's record filed in this Court shows that Pullen timely requested findings of fact and conclusions of law and filed a notice of past-due findings of fact and conclusions of law.[1] *See* TEX. R. CIV. P. 296, 297. The record, however, does not include the requested findings and conclusions.

Accordingly, we **grant** Pullen's motion, abate this appeal, remand the case to the trial court, and direct the court to file its findings of fact and conclusions of law. *See id*. 297. Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. *Id*. 298. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. *Id*.

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law, any request for additional findings, and any additional findings of fact and conclusions of law within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

---

[1]      In her certificate of conference included in the motion, Pullen states that counsel for appellee, Jarvis Richardson, confirmed that she had filed proposed findings of fact and conclusions of law in the trial court.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

☑ Acting individually   ☐ Acting for the Court

Date: January 25, 2018